UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Western Division

Ricky Durant

         Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 3:08−cv−50096
                Honorable Philip G. Reinhard

Northstar Location Services, LLC

         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 30, 2008:

  MINUTE entry before the Honorable P. Michael Mahoney: Pursuant to request of counsel Status hearing reset for 8/6/2008 at 01:30 PM.Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.