# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Ricky Durant<br><br>  Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC<br><br>  Defendant. | CASE NO.: 3:08-cv-50096<br><br>JUDGE:  Reinhard<br><br>Magistrate Judge: Mahoney<br><br>**REQUEST TO ISSUE SUMMONS** |

TO THE CLERK OF COURT:

  Defendant Northstar Location Services, LLC has declined to execute a Waiver of Service in this matter.  Please issue the attached Summons and return the same to my attention at the address below.

            RESPECTFULLY SUBMITTED,

            Legal Helpers, P.C.

            By: s/Timothy J. Sostrin
              Timothy J. Sostrin
              233 S. Wacker
              Sears Tower, Suite 5150
              Chicago, IL 60606
              Tel: 866.339.1156
              Fax: 312-822-1064
              tjs@legalhelpers.com
              Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2008, I served Defendant with a copy of the foregoing REQUEST TO ISSUE SUMMONS by depositing a copy of the same in the United States Mail, addressed as follows:

Northstar Location Services, LLC
c/o CT Corporation System, Registered Agent
208 S LaSalle ST, Suite 814
Chicago, IL 60604

s/Timothy J. Sostrin

AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.                                  ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                      DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant.  Place where served: _____

    _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
       discretion then residing therein.

       Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    _____

    _____

    G  Other (specify): _____

    _____

    _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____            _____
                    Date               *Signature of Server*

                                              _____
                                              *Address of Server*

AO 440  (Rev. 05/00)  Summons in a Civil Action

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.