# United States District Court for the Northern District of Illinois

Case Number: **08-50096**　　　　　Assigned/IssuedBy: **P6**

---

## FEE INFORMATION

**Amount Due:**　☐ $350.00　☐ $39.00　☐ $5.00
　　　　　　　　☐ IFP　　　☐ No Fee　☐ Other _____

*(For use by Fiscal Department Only)*

Amount Paid: _____　　　Receipt #: _____

Date Paid: _____　　　　Fiscal Clerk: _____

**FILED JUL 23 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

## ISSUANCES

**Type Of Issuance:**
☒ Summons　　　　　　　☐ Alias Summons
☐ Third Party Summons　　☐ Lis Pendens
☐ Non Wage Garnishment Summons
☐ Wage-Deduction Garnishment Summons
☐ Citation to Discover Assets
☐ Writ _____ (Type of Writ)

Original and **0** copies on **7/23/08** (Date) as to **Defendant**

C:\wpwin80\docket\fecinfo.frm　01/01