# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Ricky Durant | CASE NO.: 3:08-cv-50096 |
| Plaintiff, | JUDGE: Reinhard |
| v. | MAGISTRATE JUDGE: Mahoney |
| Northstar Location Service, LLC | |
| Defendant. | **NOTICE OF DISMISSAL WITH LEAVE TO REINSTATE** |

Now comes Plaintiff, by and through counsel, and hereby notifies the court that the parties have reached a settlement of this matter, and as such, hereby dismisses the present action pursuant to Fed. R. 41(a)(1)(A)(i), with leave however to reinstate on or before August 26, 2008 for the sole purpose of enforcing the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, this dismissal will be with prejudice. This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    Bar ID # 6290807
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 866-339-1156
    Email: tjs@legalhelpers.com
    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2008, a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail:

Northstar Location Services, LLC
c/o CT Corporation System, Registered Agent
208 S LaSalle ST, Suite 814
Chicago, IL 60604

s/Timothy J. Sostrin