# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50096 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Durant v. Northstar Location Services, LLC | | |

**DOCKET ENTRY TEXT:**

Pursuant to notice of dismissal by plaintiff [9], this case is dismissed with leave to reinstate on or before August 26, 2008. If a motion to reinstate is not filed by August 26, 2008, this dismissal will be with prejudice.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|